1  ADRIAN L. RANDOLPH, ESQ. #133577
   WILLIAM H. POHLE JR., ESQ. #43043
2  **SHANNON M. RENO, ESQ. #216104**
   Union Pacific Railroad Company
3  Law Department
   10031 Foothills Blvd., Suite 200
4  Roseville, CA  95747-7101

5  Phone:    916/789-6400
   **Direct:    919/789-6234**
6  Facsimile: 916/789-6227

7
   Attorneys for Defendant
8  **UNION PACIFIC RAILROAD COMPANY**

9
                  UNITED STATES  DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11

12  MARCELINO OCEGUEDA, JR.,          ) CASE NO:CV06-06539 GW (CTx)
                                      )
13          Plaintiff,                )
                                      ) JUDGMENT AFTER JURY TRIAL
14      v.                            ) REGARDING THIRD PARTY
                                      ) DEFENDANTS
15  UNION PACIFIC RAILROAD            )
    COMPANY, a corporation,           )
16                                    )
            Defendants.               )
17                                    )
                                      )
18                                    )
    ─────────────────────────────    )
19                                    )
    UNION PACIFIC RAILROAD            )
20  COMPANY, a corporation,           ) Date:      December 2, 2008
                                      ) Time:      8:30a.m.
21          Cross Complainant,        ) Judge:     Hon. George Wu
                                      ) Courtroom:  10
22      v.                            )
                                      )
23  MARCELINO OCEGUEDA, JR.           )
                                      )
24          Cross Defendant,          )
                                      )
25  MARCELINO OCEGUEDA, SR.           )
    LETICIA OCEGUEDA and              )
26  ADRIANA OCEGUEDA,                 )
                                      )
27          Third Party Defendants.   )
                                      )
28
                                -1-
    [PROPOSED] JUDGMENT ON DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION FOR
           SUMMARY JUDGMENT AGAINST THIRD PARTY DEFENDANTS

1    This matter came on regularly for hearing on Cross

2  Complainant's Motion for Summary Judgment against Third Party

3  Defendants on September 8, 2008 at 8:30 a.m. before the above

4  entitled Court.  The Court ruled in favor of Cross Complainant

5  Union Pacific and found Third Party Defendants liable for fraud and

6  conspiracy. The Court deferred its ruling on damages until the

7  conclusion of jury trial in #CV06-06539 GW (CTx), Marcelino

8  Ocegueda Jr. v. Union Pacific Railroad Company. Jury trial

9  concluded on December 8, 2008 wherein a verdict was rendered in

10  favor of Union Pacific Railroad Company.

11    IT IS HEREBY ORDERED that Cross Complainant Union Pacific

12  Railroad Company's Motion for Summary Judgment is granted.

13  Third Party Defendants Marcelino Ocegueda Sr., Leticia Ocegueda

14  and Adriana Ocegueda are liable for fraud and conspiracy.

15    IT IS SO ORDERED.

16    IT IS FURTHER ORDERED that Third Party Defendants shall

17  be liable for costs incurred by Cross Complainant Union Pacific

18  Railroad Company.

19    IT IS SO ORDERED.

20  Dated: December 16, 2008

21

22    _____
    The Honorable Judge George Wu
23    Judge of the United States District Court
    Central District of California

24

25

26

27

28
[PROPOSED] JUDGMENT ON DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION FOR
SUMMARY JUDGMENT AGAINST THIRD PARTY DEFENDANTS