ADRIAN L. RANDOLPH, ESQ. #133577  **MADE JS-6**
WILLIAM H. POHLE JR., ESQ. #43043
**SHANNON M. RENO, ESQ. #216104**
Union Pacific Railroad Company
Law Department
10031 Foothills Blvd., Suite 200
Roseville, CA  95747-7101

Phone:     916/789-6400
**Direct:     919/789-6234**
Facsimile: 916/789-6227

Attorneys for Defendant
**UNION PACIFIC RAILROAD COMPANY**

# UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO OCEGUEDA, JR., | CASE NO:CV06-06539 GW (CTx) |
| Plaintiff, | |
| v. | JUDGMENT AFTER JURY TRIAL |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | |
| Defendants. | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | Date:   December 2, 2008 |
| Cross Complainant, | Time:   8:30a.m. |
| v. | Judge:  Hon. George Wu |
| MARCELINO OCEGUEDA, JR. | Courtroom: 10 |
| Cross Defendant, | |
| MARCELINO OCEGUEDA, SR. LETICIA OCEGUEDA and ADRIANA OCEGUEDA, | |
| Third Party Defendants. | |

-1-
[PROPOSED] JUDGMENT ON DEFENDANT UNION PACIFIC RAILROAD COMPANY'S MOTION FOR SUMMARY JUDGMENT AGAINST THIRD PARTY DEFENDANTS

-2-

1  This matter came on for jury trial on December 2, 2008 at 8:30
2  a.m in Department 10 before the Honorable Judge George Wu.
3  Finding no liability, the jury returned a verdict in favor of Union
4  Pacific Railroad Company.
5      IT IS HEREBY ORDERED that Union Pacific Railroad
6  Company is not negligent.
7      IT IS SO ORDERED.

Dated: December 17, 2008

_____
The Honorable Judge George Wu
Judge of the United States District Court
Central District of California